IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
CIVIL ACTION NO. 3:22-CV-00296-RJC-DSC

| | |
|---|---|
| **HEATHER GAKER,** | ) |
| | ) |
| **Plaintiff,** | ) |
| | ) |
| **v.** | ) |
| | ) **ORDER** |
| **Q3M INSURANCE SOLUTIONS, et. al.,** | ) |
| | ) |
| **Defendants.** | ) |

**THIS MATTER** is before the Court on the "Motion for Admission *Pro Hac Vice* and Affidavit [for Christopher E. Roberts]" (document #7) filed August 10, 2022. For the reasons set forth therein, the Motion will be granted.

The Clerk is directed to send copies of this Order to counsel for the parties and to the Honorable Robert J. Conrad, Jr.

**SO ORDERED**.

Signed: August 11, 2022

David S. Cayer
United States Magistrate Judge