# United States District Court
# Western District of North Carolina
# Charlotte Division

| | | |
|---|---|---|
| Heather Gaker, | ) | JUDGMENT IN CASE |
| | ) | |
| Plaintiff(s), | ) | 3:22-cv-00296-RJC-SCR |
| | ) | |
| vs. | ) | |
| | ) | |
| | ) | |
| Q3M Insurance Solutions | ) | |
| TZ Insurance Solutions, LLC, | ) | |
| | ) | |
| Defendant(s). | ) | |

DECISION BY COURT. This action having come before the Court on the Notice of Acceptance of Offer of Judgment (Doc. No. 32). Pursuant to Federal Rule of Civil Procedure 68(a), judgment is entered against Defendants Q3M Insurance Solutions and TZ Insurance Solutions, LLC, jointly and severally, in favor of Plaintiff Heather Gaker in the amount of $9,000.00 (Nine Thousand Dollars and 00/100) inclusive of attorneys' fees and court costs.

IT IS ORDERED AND ADJUDGED that Judgment is hereby entered in accordance with the the Notice of Acceptance of Offer of Judgment filed on 4/11/2023 (Doc. No. 32).

April 26, 2023

_____
Frank G. Johns, Clerk
United States District Court